1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| ROCKSHORE INVESTMENTS, LLC, a Nevada limited liability corporation, | CASE NO. 8:14-cv-00884-CJC-AN |
| Plaintiff, | **[PROPOSED] ORDER DISMISSING ACTION AGAINST DEFENDANTS RODERICK A. KAGY AND 1 WORLD FOUNDATION LIMITED WITH PREJUDICE** |
| v. | |
| 1 WORLD FOUNDATION LIMITED, RODERICK A. KAGY, an individual, JANET GREESON, an individual, DAVID CHARLES MILLER, an individual, RO FINANCIAL GROUP, INC. and DOES 1 through 10, inclusive, | [Filed concurrently herewith: Stipulation for Dismissal of Action With Prejudice Against Defendants Roderick A. Kagy and 1 World Foundation Limited] |
| Defendants. | |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

104116.1

1

## [PROPOSED] ORDER

The Court, having reviewed the Stipulation for Dismissal of Action With Prejudice Against Defendants Roderick A. Kagy and 1 World Foundation Limited filed by Plaintiff Rockshore Investments, LLC, and Defendants Roderick A. Kagy and 1 World Foundation Limited, and finding good cause appearing, hereby **ORDERS** as follows:

1.  The action against Defendants Roderick A. Kagy and 1 World Foundation Limited is dismissed with prejudice.

2.  The Court shall retain jurisdiction to enforce the settlement agreement between Plaintiff Rockshore Investments, LLC, and Defendants Roderick A. Kagy and 1 World Foundation Limited.

**IT IS SO ORDERED.**

Dated:  February __ , 2016

_____

Hon. Cormac J. Carney
Judge of the United States District Court

104116.1