JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

|  |  |
|---|---|
| ROCKSHORE INVESTMENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>1 WORLD FOUNDATION LIMITED, et al.,<br><br>Defendants. | Case No.: SACV 14-00884-CJC(ANx)<br><br>JUDGMENT |

## JUDGMENT

1. Judgment is entered in favor of plaintiff Rockshore against defendant Janet Greeson on counts one to six of the complaint.

2. Rockshore is awarded damages in the amount of $810,000 offset by the amount of money Rockshore has recovered from defendant Roderick Kagy as a result of his settlement with Rockshore in this matter.  (*See* Dkt. 73.)

3. Rockshore's counsel is awarded attorney's fees in the amount of $19,800.

4. Post-judgment interest will accrue from the date of entry below.

IT IS SO ORDERED

    DATED:    April 6, 2016

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE