UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES − GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:14−cv−00884−CJC−JCG | Date | 3/2/2017 |
| Title | ROCKSHORE INVESTMENTS, LLC V. 1 WORLD FOUNDATION LIMITED ET AL | | |

Present: The Honorable Jay C. Gandhi, U. S. Magistrate Judge

| | |
|---|---|
| Kristee Hopkins | CS 3/2/2017 |
| Deputy Clerk | Court Reporter/Recorder |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Rowennakete Paul Barnes | Janet Greeson, Pro Se |
| Geoffrey A. Neri | |

**Proceedings: MOTION TO COMPEL DEFENDANT JANET GREESON TO PRODUCE DOCUMENTS FILED BY PLAINTIFF**

Case called. Appearances announced. Hearing held.

Plaintiffs Motion [102] is GRANTED as articulated on the record.

The parties are ORDERED to immediately engage in mediation.

Counsel for Plaintiff shall prepare and submit a proposed order consistent with the Courts ruling.

:28

Initials of Preparer: kh