JANET GREESON
greesonjan@aol.com
#161000, PO Box 2743
Carson City, NV 89702
702-222-1988
DEFENDANT, PRO SE

UNITED STATES DISTRICT COURT FOR

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

ROCKSHORE INVESTMENTS, LLC, A Nevada Limited Liability Corporation

Plaintiff,

vs.

1 WORLD FOUNDATION LIMITED, RODERICK A. KAGY, an individual, JANET GREESON, an individual, DAVID CHARLES MILLER, an individual, RO FINANCIAL GROUP, INC., and DOES through 10, inclusive,

Defendant(s)

Case No.: 8:14-cv-00884-CJC-(JCGx)

**DEFENDANTS' DECLARATON IN SUPPORT OF MOTION TO ENFORCE THE SETTLEMENT AGREEMENT AND DISMISS CLAIMS AGAINST DEFENDANT**

**Hearing Date: APRIL 20, 2017**
**Hearing Time: 10 AM**
**Judge: HON. JAY C. GANDHI**
**Place: 6A**

**DECLARATON IN SUPPORT OF MOTION TO ENFORCE THE PREVIOUS SETTLEMENT AGREEMENT AND DISMISS CLAIMS AGAINST DEFENDANT**

I, Janet Greeson, declare under penalty of perjury that the foregoing is true and correct. I am the Defendant in the above entitled case. I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify thereto, executed on March 22, 2017.

1) I became an Officer, Vice President of Project Funding, for 1 World Foundation Limited, Ireland, around November 2011.
2) At all times, I acted in my capacity as an officer of 1 World, and represented myself to Plaintiff as the Vice President of Project Funding for 1 World Foundation Limited, Ireland.
3) The Settlement Agreement and Mutual Release provided in **Exhibit A** is a true copy and demonstrates I was released as an Officer, the Vice president of Project Funding for I World.

Respectfully submitted,

Dated: March 22, 2017

/s/ Janet Greeson